UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOUIS DICAPUA, JR.,

    Plaintiff,

v.

REMEDY INTELLIGENT STAFFING,

    Defendant.

Case No. C09-5082RJB

ORDER

This matter comes before the Court *sua sponte*. The Court has considered the file herein.

Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 2. Plaintiff has not provided marshal forms for service of his Complaint.

Accordingly, it is **ORDERED:**

(1) **The Clerk of the Court is directed to send the appropriate service forms to Plaintiff.**

(2) Plaintiff is directed to fill out the forms with complete addresses for each named Defendant so that the U.S. Marshal may attempt service. These documents must be returned to the Clerk on or before **March 27, 2009,** or the Court will recommend dismissal of this action for failure to prosecute.

(3) The Clerk shall send a copy of this Order to Plaintiff.

DATED this 24th day of February, 2009.

Robert J Bryan
United States District Judge

ORDER
Page - 1